LAW LIBRARY

NO. 30664

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

MICHAEL C. TIERNEY, Petitioner,

vs.

HAWAII PAROLING AUTHORITY, Respondent.



ORIGINAL PROCEEDING

ORDER

(By: Duffy, J. for the court[1])

Upon consideration of the motion for reconsideration of the August 18, 2010 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, September 10, 2010.

FOR THE COURT:

*Vance E. Duffy Jr.*

Associate Justice



---

[1] Considered by: Nakayama, Acting C.J., Acoba, Duffy, and Recktenwald, and Circuit Judge McKenna, assigned by reason of vacancy.